# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JEMILL BANTUM, | : | No. 71 EM 2016 |
| Petitioner | : | |
| v. | : | |
| U.S. BANK NATIONAL ASSOCIATION, ET AL., PHELAN HALLINAN, DIAMOND & JONES, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED**.